# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   FABIO DI IORIO                          §          Case No.: 09-30957
         ERICA DI IORIO                          §
                                                 §
                                                 §
                                                 §
         Debtor(s)                               §
_____

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of
the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as
follows:

1)   The case was filed on 08/24/2009.

2)   This case was confirmed on  N/A.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on
NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on
NA.

5)   The case was dismissed on 12/09/2009.

6)   Number of months from filing to the last payment:  0

7)   Number of months case was pending:  7

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted:  NA

10)   Amount of unsecured claims discharged without payment $       .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ .00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ .00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee  Expenses and Compensation | $ .00 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ .00 |
| Attorney fees paid and disclosed by debtor | $ 726.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DISCOVER FINANCIAL S | UNSECURED | 14,858.47 | 15,280.59 | 15,280.59 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,032.17 | 2,085.17 | 2,085.17 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 193.18 | 193.18 | .00 | .00 |
| EARLE M JORGENSEN CO | UNSECURED | NA | 1,460.97 | 1,460.97 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 17,140.51 | 17,140.51 | .00 | .00 |
| EVERHOME MORTGAGE CO | SECURED | 325,000.00 | .00 | .00 | .00 | .00 |
| EVERHOME MORTGAGE CO | SECURED | NA | 14,148.59 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 21,342.77 | NA | NA | .00 | .00 |
| HARRIS | SECURED | 110,000.00 | NA | NA | .00 | .00 |
| HARRIS BANK NA | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 311.18 | NA | NA | .00 | .00 |
| ILLINOIS ATTORNEY GE | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 2,183.37 | NA | NA | .00 | .00 |
| ILLINOIS ATTORNEY GE | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 2,223.10 | NA | NA | .00 | .00 |
| ILLINOIS ATTORNEY GE | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 2,543.61 | NA | NA | .00 | .00 |
| EVERHOME MORTGAGE CO | UNSECURED | 21,342.77 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 957.30 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| A&J PLATING | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| ACTION PLASTIC | UNSECURED | 447.00 | NA | NA | .00 | .00 |
| BODYCOTE # 774119 | UNSECURED | 1,496.01 | NA | NA | .00 | .00 |
| BROWNCOR | UNSECURED | 99.40 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,702.00 | 12,422.57 | 12,422.57 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,973.05 | 2,110.96 | 2,110.96 | .00 | .00 |
| CITIBANK | UNSECURED | 10,748.32 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 21,342.77 | NA | NA | .00 | .00 |
| DELTA CENTERLESS GRI | UNSECURED | 335.00 | NA | NA | .00 | .00 |
| DENNIS M NOLAN PC | UNSECURED | 692.39 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | OTHER | .00 | NA | NA | .00 | .00 |
| EMJ | UNSECURED | 1,952.00 | NA | NA | .00 | .00 |
| EMJ | OTHER | .00 | NA | NA | .00 | .00 |
| GRIND LAP | UNSECURED | 570.00 | NA | NA | .00 | .00 |
| HARRIS NA | UNSECURED | 16,730.81 | NA | NA | .00 | .00 |
| HARRIS NA | OTHER | .00 | NA | NA | .00 | .00 |
| HENRICHSEN FIRE EQUI | UNSECURED | 57.31 | NA | NA | .00 | .00 |
| MCMASTER CARR SALES | UNSECURED | 1,627.85 | NA | NA | .00 | .00 |
| MCMASTER CARR | OTHER | .00 | NA | NA | .00 | .00 |
| MECHANICAL DESIGN | UNSECURED | 295.00 | NA | NA | .00 | .00 |
| METAL SUPERMARKETS | UNSECURED | 4,614.08 | NA | NA | .00 | .00 |
| METAL SUPERMARKETS | OTHER | .00 | NA | NA | .00 | .00 |
| METAL SUPPLEMENT | UNSECURED | 3,890.32 | NA | NA | .00 | .00 |
| RELIABLE OFFICE SUPP | UNSECURED | 123.79 | NA | NA | .00 | .00 |
| RON TRO ENTERPRISES | UNSECURED | 435.00 | NA | NA | .00 | .00 |
| RONTRO ENTERPRISES | OTHER | .00 | NA | NA | .00 | .00 |
| ROSCOE COMPANY | UNSECURED | 1,690.00 | NA | NA | .00 | .00 |
| SAWS UNLIMITED | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| SEARS GOLD MASTER CA | UNSECURED | 11,065.90 | NA | NA | .00 | .00 |
| SPG GRINDING | UNSECURED | 95.00 | NA | NA | .00 | .00 |
| THE ROSCOE CO | UNSECURED | 507.32 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |
| VIN INDUSTRIED INC | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 2,085.17 | .00 | .00 |
| **TOTAL PRIORITY:** | 2,085.17 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 48,608.78 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12)      The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:    03/17/2010              /s/ Tom  Vaughn
                                 Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**      : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption  5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**